# KELLEY J. SHARKEY

Attorney at Law                                       26 Court Street  -  Suite 2805
                                                       Brooklyn, New York  11242
                                                       Tel:  (718) 858-8843
                                                       Fax: (718) 875-0053

August 1, 2016

Honorable Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re:  United States v. Dwayne Barrett, 14-2641 - Citation of Supplemental Authority Rule 28(j)

Dear Ms. O'Hagan Wolfe:

     I represent Dwayne Barrett on this appeal. I write in response to the Court's request that I respond to AUSA Maiman's filing of August 3, 2016 arguing that the Court's decision in United States v Hill, - F.3d -, Docket No. 14-3872 (2d Cir. Aug. 3, 2016) resolves two issues in Mr. Barrett's appeal.  In Hill, the Court found that both a Hobbs Act robbery and a Hobbs Act Robbery Conspiracy are crimes of violence that are  satisfactory predicates for the convictions of 18 U.S.C. 924 ( c) (j) on counts Four, Six, and Two. It would appear that Hill controls in this case. Respectfully, however, the defense does not withdraw its previously filed arguments. Thank you.

                                                   Respectfully submitted,
                                                   /S/

                                                   Kelley Sharkey, Esq.
                                                 Attorney for Dwayne Barrett

cc:     United States Attorney for the
        Southern District of New York
        Attn: AUSAS Michael Maiman, Jessica Masella, Am